THIS
 OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS
 PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 
 In The Interest
 of Corey C., A Juvenile Under The Age Of Seventeen, Appellant.
 
 
 
 
 

Appeal From Darlington County
 Jamie Lee Murdock, Jr., Family Court
Judge

Unpublished Opinion No. 2010-UP-451
 Submitted October 1, 2010  Filed October
19, 2010    

APPEAL DISMISSED

 
 
 
 Appellate Defender Robert M. Pachak, of
 Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief
 Deputy Attorney General John W. McIntosh, and Assistant Deputy Attorney General
 Salley W. Elliott, all of Columbia; and Solicitor William Benjamin Rogers, Jr.,
 of Bennettsville, for Respondent.
 
 
 

PER CURIAM: Corey
 C. appeals his conviction for assault with intent to commit criminal sexual
 conduct and two counts of malicious injury to personal property.  On appeal,
 Corey C. argues the trial court erred by refusing to grant a directed verdict
 because the State failed to allege the degree of the criminal sexual conduct
 charge.  After a thorough review of the
 record and counsel's brief pursuant to Anders v. California, 386 U.S.
 738 (1967), and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991),
 we dismiss[1] Corey C.'s appeal and grant counsel's petition to be relieved. 
APPEAL
 DISMISSED.
SHORT, THOMAS,
 and LOCKEMY, JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.